# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

141394(25)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MARY RUTH CLARK,
        Petitioner-Appellee,

v

SWARTZ CREEK COMMUNITY SCHOOLS
BOARD OF EDUCATION,
        Respondent-Appellant.

_____/

SC: 141394
COA: 295830
State Tenure Comm: 09-000006

On order of the Court, the motion for reconsideration of this Court's December 17, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

_____
Clerk

d0516